UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Umer Masood,

       Petitioner,

vs.     ORDER ADOPTING
REPORT AND RECOMMENDATION

State of Minnesota,

       Respondent.     Civ. No. 07-4406 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Petitioner's Petition for Habeas Corpus Relief under Title 28 U.S.C. §2254 [Docket No. 1] is summarily denied.

2.    That this action is dismissed without prejudice.

Dated: December 10, 2007                      s/Patrick J. Schiltz
                                                           Patrick J. Schiltz
                                                           United States District Judge